**E-FILED**
Tuesday, 05 October, 2004  12:08:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

TRUSTEES OF CONSTRUCTION
INDUSTRY WELFARE FUND OF
CENTRAL ILLINOIS

Docket Number: ___04-2216___

Assigned Judge: ___Harold A. Baker___

V.

Designated
Magistrate Judge: ___David G. Bernthal___

COLONIAL CONTRACTING, INC., an
Indiana corporation

TO:    Colonial Contracting, Inc.
c/o Denise G. Rodgers, Registered Agent
13611 Brownwood Lane
Evansville, IN   47725

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Stephen J. Rosenblat
Pasquale A. Fioretto
Beverly P. Alfon
Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
~~Michael W. Dobbins, Clerk~~

10/05/04

Date

s/V. Ball
(by) Deputy Clerk