UNITED STATES DISTRICT
CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS | Docket Number: 04-2216 |
| | Assigned Judge: Judge Baker |
| v. | Designated Magistrate Judge: Judge Bernthal |
| COLONIAL CONTRACTING, INC., an Indiana corporation | |

TO:  Colonial Contracting, Inc.
c/o Denise G. Rodgers, Registered Agent
13611 Brownwood Lane
Evansville, IN  47725

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

> Stephen J. Rosenblat
> Pasquale A. Fioretto
> Beverly P. Alfon
> Patrick N. Ryan
> BAUM SIGMAN AUERBACH & NEUMAN, LTD.
> 200 West Adams Street, Suite 2200
> Chicago, IL 60606
> (312) 236-4316

an answer to the complaint which is herewith served upon you, within  TWENTY (20)  days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_J. M. Waters_                                          10/05/04
~~Michael W. Dobbins, Clerk~~                              Date
_V. Ball_
(by) Deputy Clerk

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 10-14-04 |
| NAME OF SERVER (PRINT) John STRANge JR | TITLE Process Server |

*Check one box below to indicate appropriate method of service-*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): Husband CAme In To SIgn And PIck up Scruce To give To her

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-15-04
              Date

Signature of Server: John Strange JR

Address of Server



**OFFICE OF**
## Sheriff of Vanderburgh County
**Headquarters**
1 N.W Martin Luther King Jr. Blvd. • Evansville IN, 47708
(812) 435-5307 FAX: (812) 435-5323

**Brad Ellsworth**
Sheriff

**Tom Wallis**
Chief Deputy

**Eric Williams**
Chief Deputy

|  |  |
|---|---|
| STATE OF INDIANA | ) |
|  | ) |
| COUNTY OF VANDERBURGH | ) |

I, **John Strange**, hereby certify that I am a deputy sheriff/process server for Vanderburgh County, State of Indiana; that I am not a party to the action in which the **summons** were issued. I further certify that I have duly served the within orders on the defendant, **Denise Husband came in to pick up service**, by leaving a copy thereof and also a copy of the **summons** in this cause with said defendant personally on the **14th** day of **October, 2004** at **3:50 PM** at the following address **13611 Brownwood Lane**, county of Vanderburgh, state of Indiana.

Dated this **15th** day of **October, 2004**.

**John Strange Jr**
Deputy Sheriff/Process Server

SUBSCRIBED and sworn to me before this **15th** day of **October 2004**.

*[signature: Rita Ann Smith]*
Notary Public

RITA ANN SMITH
Notary Public, Vanderburgh Co., IN
My Comm. Expires July 31, 2008

My Commission Expires

County of Residence: Vanderburgh

*RECEIVED OCT 18 2004 Baum, Sigman, Ltd.*

**D.A.R.E.**
TO RESIST DRUGS