IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO.   04-2216 |
| COLONIAL CONTRACTING, INC., an Indiana corporation, | ) ) ) ) | JUDGE BAKER |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Plaintiffs, TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS by their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), of the Federal Rules of Civil Procedure, hereby dismiss this action without prejudice pursuant to the execution of a Settlement Agreement.  A true and correct copy of the Settlement Agreement is attached as an Exhibit to this Notice, and is incorporated by reference.  Plaintiffs request that this Court retain jurisdiction of this case solely to enforce the incorporated Settlement Agreement in the event of a breach by Defendant.

TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE
FUND OF CENTRAL ILLINOIS


By: s/ Patrick N. Ryan
    Patrick N. Ryan Bar Number:  6278364
    BAUM SIGMAN AUERBACH & NEUMAN, LTD.
    200 West Adams Street, Suite 2200
    Chicago, IL  60606-5231
    Phone:  (312) 236-4316
    Fax:  (312) 236-0241
    E-mail:  pryan@baumsigman.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he caused a copy of **Notice of Dismissal** to be served upon:

>Robert T. Rodgers, President
>Colonial Contracting, Inc.
>2510-E North Cullen Avenue
>Evansville, IN  47715

by regular U.S. Mail on or before the hour of 5:00 p.m. this 15th day of November 2004.

>s/ Patrick N. Ryan
>Patrick N. Ryan Bar Number:  6278364
>BAUM SIGMAN AUERBACH & NEUMAN, LTD.
>200 West Adams Street, Suite 2200
>Chicago, IL  60606-5231
>Phone:  (312) 236-4316
>Fax:  (312) 236-0241
>E-mail:  pryan@baumsigman.com

I:\CIW\Colonial\notice of dismissal.pnr.mgp.wpd