## SETTLEMENT AGREEMENT

1. After consideration of all previously submitted reports and contributions and partial payments toward amounts due for the period December 1, 2002 through September 30, 2003, it is acknowledged and agreed that the Defendant in Case No. 04-2216, Colonial Contracting, Inc. (hereinafter "Defendant"), owes the Plaintiffs, Trustees of the Construction Industry Welfare Fund of Central Illinois (hereinafter "Plaintiffs"), fringe benefit contributions in the amount of $3,765.60, and late fees in the amount of $698.96. Plaintiffs have further incurred expenses consisting of audit fees in the amount of $387.50, and costs and attorneys' fees of $1,305.00.

2. It is agreed that Defendant shall pay the total amount of $6,157.06, in six monthly installments as follows:

    Payment #1:   $1,210.41    Due November 1, 2004
    Payment #2:   $  989.33    Due November 20, 2004
    Payment #3:   $  989.33    Due December 20, 2004
    Payment #4:   $  989.33    Due January 20, 2005
    Payment #5:   $  989.33    Due February 20, 2005
    Payment #6:   $  989.33    Due March 20, 2005

3. Payment shall be made payable to the Construction Industry Welfare Fund of Central Illinois and shall be sent to Baum Sigman Auerbach & Neuman, Ltd., 200 W. Adams St., Suite 2200, Chicago, IL 60606-5231.

4. In the event that Defendant fails to make any of the payments specified in Paragraph 2 above, or if Defendant fails to timely report and pay fringe benefit contributions prior to the payment of all amounts due under Paragraph 2 above, Plaintiffs shall be entitled to apply to the Court for reinstatement of the underlying action solely for entry of judgment in an amount consisting of any amounts remaining due, plus any further costs and attorneys' fees incurred.

5.  In the event that Plaintiffs decide in their sole discretion to permit additional time for Defendant to cure such breach, nothing contained herein shall require Plaintiffs to apply to the Court for reinstatement of the action in the event of default under the terms of this Agreement. Allowance by Plaintiffs of such additional time shall not be construed as a waiver of their rights under this Agreement.

6.  Notwithstanding any other section of this Agreement, the Plaintiffs reserve the right to conduct a payroll compliance audit as authorized by the Plaintiff Fund's Trust Agreement, and to collect any amounts found due in the audit for any appropriate time period.

7.  Based upon the terms and conditions as agreed to herein, the parties agree that Case No. 04-2216 should be dismissed, subject to the right of the parties to apply to the Court for enforcement of this Agreement.

Respectfully submitted,                                  Respectfully submitted,

_____                          _____
Patrick N. Ryan, Plaintiff's Attorney                    Robert Rodgers, President
Baum Sigman Auerbach & Neuman, Ltd.                      Colonial Contracting, Inc.
200 W. Adams St., Ste. 2200                              2510-E North Cullen Avenue
Chicago, IL  60606                                       Evansville, IN  47715

Date: 11-15-04                                           Date: 11-8-04

I:\CIW\Colonial\settlement agreement 11-02-04.pnr.mgp.wpd