E-FILED
Friday, 11 March, 2005 01:38:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 04-2216 |
| COLONIAL CONTRACTING, INC., an Indiana corporation, | ) ) ) ) | JUDGE HAROLD A. BAKER |
| Defendant. | ) | |

## NOTICE OF FILING

TO:    Mr. Robert Rodgers, President
       Colonial Contracting, Inc.
       2510-E N. Cullen Avenue
       Evansville, IN   47715

YOU ARE HEREBY NOTIFIED that on Friday, the 11th day of March 2005, counsel for Plaintiffs filed electronically with the Clerk of the Court Plaintiffs' Motion to Reinstate for the Limited Purpose of Enforcing the Terms of a Settlement Agreement and Entering Judgment Against Defendant. A copy of said motion is hereby served upon you.

/s/   Patrick N. Ryan

Patrick N. Ryan Bar Number:  6278364
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Phone:  (312) 236-4316
Fax:  (312) 236-0241
E-mail:  pryan@baumsigman.com

I:\CIW\Colonial\notice of filing.pnr.df.wpd