## CERTIFICATE OF SERVICE

     The undersigned, an attorney of record, hereby certifies that he electronically filed the Notice of Filing, Motion to Reinstate for the Limited Purpose of Enforcing the Terms of a Settlement Agreement and Entering Judgment Against Defendant, Affidavit of Catherine M. Chapman, and Judgment Order with the Clerk of Court using the ECF system.

     I hereby certify that I have mailed the above-referenced documents by United States Mail to the following non-ECF participant on or before the hour of 5:00 p.m. this _____ day of March 2005:

          Mr. Robert Rodgers, President
          Colonial Contracting, Inc.
          2510-E N. Cullen Avenue
          Evansville, IN   47715

          s/   Patrick N. Ryan

          Patrick N. Ryan Bar Number:  6278364
          BAUM SIGMAN AUERBACH & NEUMAN, LTD.
          200 West Adams Street, Suite 2200
          Chicago, IL  60606-5231
          Phone:  (312) 236-4316
          Fax:  (312) 236-0241
          E-mail:  pryan@baumsigman.com

I:\CIW\Colonial\certificate of service.pnr.df.wpd