**E-FILED**
Friday, 11 March, 2005  01:57:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO.   04-2216 |
| COLONIAL CONTRACTING, INC., an Indiana corporation, | ) ) ) | JUDGE BAKER |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Plaintiffs, TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS by their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), of the Federal Rules of Civil Procedure, hereby dismiss this action without prejudice pursuant to the execution of a Settlement Agreement. A true and correct copy of the Settlement Agreement is attached as an Exhibit to this Notice, and is incorporated by reference. Plaintiffs request that this Court retain jurisdiction of this case solely to enforce the incorporated Settlement Agreement in the event of a breach by Defendant.

TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS

By: s/ Patrick N. Ryan
Patrick N. Ryan Bar Number: 6278364
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Phone: (312) 236-4316
Fax: (312) 236-0241
E-mail: pryan@baumsigman.com

### CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he caused a copy of **Notice of Dismissal** to be served upon:

Robert T. Rodgers, President
Colonial Contracting, Inc.
2510-E North Cullen Avenue
Evansville, IN  47715

by regular U.S. Mail on or before the hour of 5:00 p.m. this 15th day of November 2004.


s/ Patrick N. Ryan
Patrick N. Ryan Bar Number:  6278364
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Phone:  (312) 236-4316
Fax:  (312) 236-0241
E-mail:  pryan@baumsigman.com


I:\CIW\Colonial\notice of dismissal.pnr.mgp.wpd

## SETTLEMENT AGREEMENT

1.    After consideration of all previously submitted reports and contributions and partial payments toward amounts due for the period December 1, 2002 through September 30, 2003, it is acknowledged and agreed that the Defendant in Case No. 04-2216, Colonial Contracting, Inc. (hereinafter "Defendant"), owes the Plaintiffs, Trustees of the Construction Industry Welfare Fund of Central Illinois (hereinafter "Plaintiffs"), fringe benefit contributions in the amount of $3,765.60, and late fees in the amount of $698.96. Plaintiffs have further incurred expenses consisting of audit fees in the amount of $387.50, and costs and attorneys' fees of $1,305.00.

2.    It is agreed that Defendant shall pay the total amount of $6,157.06, in six monthly installments as follows:

| | | |
|---|---|---|
| Payment #1: | $1,210.41 | Due November 1, 2004 |
| Payment #2: | $  989.33 | Due November 20, 2004 |
| Payment #3: | $  989.33 | Due December 20, 2004 |
| Payment #4: | $  989.33 | Due January 20, 2005 |
| Payment #5: | $  989.33 | Due February 20, 2005 |
| Payment #6: | $  989.33 | Due March 20, 2005 |

3.    Payment shall be made payable to the Construction Industry Welfare Fund of Central Illinois and shall be sent to Baum Sigman Auerbach & Neuman, Ltd., 200 W. Adams St., Suite 2200, Chicago, IL 60606-5231.

4.    In the event that Defendant fails to make any of the payments specified in Paragraph 2 above, or if Defendant fails to timely report and pay fringe benefit contributions prior to the payment of all amounts due under Paragraph 2 above, Plaintiffs shall be entitled to apply to the Court for reinstatement of the underlying action solely for entry of judgment in an amount consisting of any amounts remaining due, plus any further costs and attorneys' fees incurred.

5.      In the event that Plaintiffs decide in their sole discretion to permit additional time for Defendant to cure such breach, nothing contained herein shall require Plaintiffs to apply to the Court for reinstatement of the action in the event of default under the terms of this Agreement.  Allowance by Plaintiffs of such additional time shall not be construed as a waiver of their rights under this Agreement.

6.      Notwithstanding any other section of this Agreement, the Plaintiffs reserve the right to conduct a payroll compliance audit as authorized by the Plaintiff Fund's Trust Agreement, and to collect any amounts found due in the audit for any appropriate time period.

7.      Based upon the terms and conditions as agreed to herein, the parties agree that Case No. 04-2216 should be dismissed, subject to the right of the parties to apply to the Court for enforcement of this Agreement.


Respectfully submitted,                              Respectfully submitted,


Patrick N. Ryan, Plaintiff's Attorney               Robert Rodgers, President
Baum Sigman Auerbach & Neuman, Ltd.                 Colonial Contracting, Inc.
200 W. Adams St., Ste. 2200                         2510-E North Cullen Avenue
Chicago, IL   60606                                 Evansville, IN   47715


Date: _11-15-04_                                    Date: _11-8-04_

I:\CIW\Colonial\settlement agreement 11-02-04.pnr.mgp.wpd