**Other Orders/Judgments**

2:04-cv-02216-HAB-DGB Construction Industry Welfare Fund of Central Illinois

**U.S. District Court**

**Central District of Illinois**

Notice of Electronic Filing

The following transaction was received from MT, ilcd entered on 11/16/2004 at 1:30 PM CST and filed on 11/16/2004
**Case Name:** Construction Industry Welfare Fund of Central Illinois
**Case Number:** 2:04-cv-2216
**Filer:**
**WARNING: CASE CLOSED on 11/16/2004**
**Document Number:**

**Docket Text:**
ORDER re [5] Notice of Voluntary Dismissal filed by Construction Industry Welfare Fund of Central Illinois. On 11/15/04, the plaintiff filed a notice of dismissal pursuant to Fed R. Civ. P. 41(a)(1)(i). The defendant has not filed a responsive pleading; therefore, its signature is not required for dismissal. Accordingly, this case is dismissed. As a condition of this dismissal, the court retains jurisdiction of this case to enforce compliance with the settlement contract. See Kokkonen v. Guardian Life Ins. Co., 114 S. Ct. 1673 (1994). Civil Case Terminated.. Entered by Judge Harold A. Baker on 11/16/04. (MT, ilcd)

The following document(s) are associated with this transaction:

**2:04-cv-2216 Notice will be electronically mailed to:**

Beverly P Alfon     balfon@baumsigman.com, dfarrell@baumsigman.com

Stephen Jay Rosenblat     srosenblat@baumsigman.com, dfarrell@baumsigman.com

Patrick N Ryan     pryan@baumsigman.com, dfarrell@baumsigman.com

**2:04-cv-2216 Notice will be delivered by other means to:**

Pasquale A Fioretto
BAUM SIGMAN AUERBACH NEUMAN & KATSAROS LTD
Ste 2200
200 W Adams St
Chicago, IL 60606