E-FILED
Friday, 11 March, 2005  02:00:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 04-2216 |
| COLONIAL CONTRACTING, INC., an Indiana corporation, | ) ) ) ) | JUDGE HAROLD A. BAKER |
| Defendant. | ) | |

## JUDGMENT ORDER

This matter coming on to be heard upon Plaintiffs' Motion to Reinstate for the Limited Purpose of Enforcing the Terms of a Settlement Agreement and Entering Judgment Against Defendant, it appearing to the Court that the Defendant has agreed to the entry of judgment in accordance with the provisions of a Settlement Agreement electronically filed with this Court on November 15, 2004 as an Exhibit to a Notice of Dismissal, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. On November 15, 2004, a Settlement Agreement incorporating the terms for settlement agreed to by the parties was filed electronically with this Court as an Exhibit to a Notice of Dismissal.

3. On November 16, 2004, this Court entered an Order dismissing the instant suit, retaining jurisdiction to enforce compliance with the Settlement Agreement

4. Defendant agreed that it owed contributions of $3,765.60, liquidated damages of $698.96, audit fees of $387.50 and attorneys' fees and costs of $1,305.00 for the audit period December 1, 2002 through September 30, 2003, as described in Paragraph 1 of the Settlement Agreement.

5. Defendant agreed to make payment to Plaintiffs of the amount of $6,157.06 in six monthly installments as follows:

| | | |
|---|---|---|
| Payment #1: | $1,210.41 | Due November 1, 2004 |
| Payment #2: | $ 989.33 | Due November 20, 2004 |
| Payment #3: | $ 989.33 | Due December 20, 2004 |
| Payment #4: | $ 989.33 | Due January 20, 2005 |
| Payment #5: | $ 989.33 | Due February 20, 2005 |
| Payment #6: | $ 989.33 | Due March 20, 2005 |

6. The Settlement Agreement provides that in the event Defendant fails to make any of the payments specified in Paragraph 2 of the Settlement Agreement, or if Defendant fails to timely report and pay fringe benefit contributions prior to the payment of all amounts due under Paragraph 2 of the Settlement Agreement, Plaintiffs shall be entitled to apply to the Court for reinstatement of the underlying action solely for entry of judgment in an amount consisting of any amounts remaining due under Paragraph 2 of the Settlement Agreement, plus and any further costs and attorneys' fees incurred.

7. The Settlement Agreement provides that in the event that Plaintiffs decide, in their sole discretion, to permit additional time for Defendant to cure such breach, nothing contained herein shall require Plaintiffs to apply to the Court for reinstatement of the action in the event of default under the terms of this agreement. Allowance by Plaintiffs of such additional time shall not be construed as a waiver of their rights under this agreement.

8. Defendant has not submitted its fifth installment payment due pursuant to the terms of the Settlement Agreement in the amount of $989.33 due on February 20, 2005 as described in Paragraph 5 above.

9. On February 21, 2005, Plaintiffs' counsel spoke with Robert T. Rodgers, the President of Defendant Colonial Contracting, Inc. regarding the delinquent payment, which was due on February 20, 2005. Mr. Rodgers advised that he hoped to make the required payment by February 25, 2005.

10. On March 1, 2005, March 3, 2005 and March 7, 2005, Plaintiffs' counsel left telephone messages for Mr. Rodgers advising that the required installment payment due on February 20, 2005 still had not been received. To date, those telephone messages were never returned.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A. That Plaintiffs recover from the Defendant, COLONIAL CONTRACTING, INC., an Indiana corporation, the sum of $1,978.66, being the total amount remaining due for contributions, liquidated damages, audit fees and attorneys' fees for the audit period December 1, 2002 through September 30, 2003.

B. That Plaintiffs recover from the Defendant, COLONIAL CONTRACTING, INC., an Indiana corporation, the amount of $225.00 in attorneys' fees incurred by the Plaintiffs since November 3, 2004.

C. That Plaintiffs recover from the Defendant, COLONIAL CONTRACTING, INC., an Indiana corporation, the total sum of **$2,203.66**.

D. Plaintiffs are awarded execution for the collection of the judgment and costs granted hereunder.

E. The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order.

ENTER:

_____
UNITED STATES DISTRICT COURT

DATED:_____

Patrick N. Ryan Bar Number: 6278364
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Phone: (312) 236-4316
Fax: (312) 236-0241
E-mail: pryan@baumsigman.com

I:\CIW\Colonial\judgment order.pnr.df.wpd