E-FILED
Friday, 11 March, 2005 02:01:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 04-2216 |
| COLONIAL CONTRACTING, INC., an Indiana corporation, | ) ) ) ) | JUDGE HAROLD A. BAKER |
| Defendant. | ) | |

**AFFIDAVIT**

STATE OF ILLINOIS        )
                                          ) SS.
COUNTY OF COOK      )

CATHERINE M. CHAPMAN, being first duly sworn upon her oath, deposes and states:

1. I am one of the attorneys for the Plaintiffs in the above-entitled action, I have personal knowledge of the facts regarding this matter and the time expended in the prosecution of this action and, if called as a witness, I am competent to testify in respect thereto.

2. I and my associates have expended 2 hours in the above-entitled action, including the telephone calls to Defendant concerning payments under the Settlement Agreement, preparation of correspondence to Fund Office and/or Defendant concerning payments, and preparation of the instant motion to reinstate.

3.	I have in my possession a complete written record of the hours expended in the prosecution of this action in the form of client billing records which specify the various activities of Counsel required in the litigation of this matter and confirms the number of hours expended as set forth above.

4.	The usual and normal hourly charges by Affiant's law firm for Federal Court litigation under the Labor-Management Relations Act and the Employee Retirement Income Security Act of 1974 range from $140.00 to $180.00 per hour for associates and from $210.00 to $290.00 per hour for partners based on their level of experience.

5.	To the best of my knowledge and belief, the rates charged per hour are less than or equal to the usual and customary rates charged by other law firms doing similar work in the United States District Court for the Central District of Illinois.

9.	I make this Affidavit in support of the Plaintiffs' Motion to Reinstate and for Entry Judgment and in support of Plaintiffs' claim for additional attorneys' fees totaling $225.00.

FURTHER AFFIANT SAYETH NOT.

_____
CATHERINE M. CHAPMAN

SUBSCRIBED AND SWORN
TO before me this 10th
day of March 2005.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
DEBORAH A. FARRELL
Notary Public, State of Illinois
My Commission Expires 2/18/07

I:\CIW\Colonial\chapman affidavit.pnr.df.wpd

2