**E-FILED**
Friday, 11 March, 2005  02:15:50 PM
Clerk, U.S. District Court, ILCD

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the Notice of Filing, Motion to Reinstate for the Limited Purpose of Enforcing the Terms of a Settlement Agreement and Entering Judgment Against Defendant, Affidavit of Catherine M. Chapman, and Judgment Order with the Clerk of Court using the ECF system.

I hereby certify that I have mailed the above-referenced documents by United States Mail to the following non-ECF participant on or before the hour of 5:00 p.m. this 11th day of March 2005:

> Mr. Robert Rodgers, President
> Colonial Contracting, Inc.
> 2510-E N. Cullen Avenue
> Evansville, IN  47715

> s/  Patrick N. Ryan

> Patrick N. Ryan Bar Number:  6278364
> BAUM SIGMAN AUERBACH & NEUMAN, LTD.
> 200 West Adams Street, Suite 2200
> Chicago, IL  60606-5231
> Phone:  (312) 236-4316
> Fax:  (312) 236-0241
> E-mail:  pryan@baumsigman.com

I:\CIW\Colonial\certificate of service.pnr.df.wpd