IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY ) <br> WELFARE FUND OF CENTRAL ILLINOIS ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> COLONIAL CONTRACTING, INC., ) <br> an Indiana corporation, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 04-2216 <br><br> JUDGE HAROLD A. BAKER |

## NOTICE OF FILING

TO:    Mr. Robert Rodgers, President
Colonial Contracting, Inc.
2510-E N. Cullen Avenue
Evansville, IN   47715

YOU ARE HEREBY NOTIFIED that on Thursday, the 7th day of April 2005, counsel for Plaintiffs filed electronically with the Clerk of the Court Notice of Withdrawal of Plaintiffs' Motion to Reinstate.  A copy of said Notice is hereby served upon you.

/s/   Patrick N. Ryan

Patrick N. Ryan Bar Number:  6278364
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Phone:  (312) 236-4316
Fax:  (312) 236-0241
E-mail:  pryan@baumsigman.com

I:\CIW\Colonial\notice of filing.pnr.mgp.wpd