IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| TRUSTEES OF CONSTRUCTION INDUSTRY WELFARE FUND OF CENTRAL ILLINOIS | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 04-2216 |
| COLONIAL CONTRACTING, INC., an Indiana corporation, | ) ) ) | JUDGE HAROLD A. BAKER |
| Defendant. | ) ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO REINSTATE**

On March 11, 2005, Plaintiffs filed their Motion to Reinstate for the Limited Purpose of Enforcing the Terms of a Settlement Agreement and Entering Judgment Against Defendant. The amount of the judgment sought in Plaintiffs' motion was $2,203.66. On April 6, 2005, Plaintiffs received a check from Defendant for $2,203.66. In light of Defendant's payment of all amounts sought in Plaintiffs' motion, and with the Court's approval, Plaintiffs hereby withdraw their Motion to Reinstate.

/s/   Patrick N. Ryan

Patrick N. Ryan Bar Number:  6278364
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Phone:  (312) 236-4316
Fax:  (312) 236-0241
E-mail: pryan@baumsigman.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that he electronically filed the Notice of Filing, and Notice of Withdrawal of Plaintiffs' Motion to Reinstate with the Clerk of Court using the ECF system.

I hereby certify that I have mailed the above-referenced documents by United States Mail to the following non-ECF participant on or before the hour of 5:00 p.m. this 7th day of April 2005:

>Mr. Robert Rodgers, President
>Colonial Contracting, Inc.
>2510-E N. Cullen Avenue
>Evansville, IN  47715

>s/   Patrick N. Ryan

>Patrick N. Ryan Bar Number:  6278364
>BAUM SIGMAN AUERBACH & NEUMAN, LTD.
>200 West Adams Street, Suite 2200
>Chicago, IL  60606-5231
>Phone:  (312) 236-4316
>Fax:  (312) 236-0241
>E-mail:  pryan@baumsigman.com

I:\CIW\Colonial\withdrawal of motion.pnr.mgp.wpd